

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 15, 2017

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| **MISSISSIPPI PHOSPHATES** | ) **Case No.:  14-51667-KMS** |
| **CORPORATION**, *et al.*, | ) |
| | ) **Jointly Administered** |
| Debtor. | ) |
| **MISSISSIPPI PHOSPHATE** | ) |
| **CORPORATION LIQUIDATING TRUST** | ) |
| **(MPCLT), EDWIN N. ORDWAY, JR.,** | ) |
| **Managing Director, BERKLEY RESEARCH** | ) |
| **GROUP, LLC, in his capacity as MPCLT** | ) |
| **TRUSTEE OF THE MPCLT TRUST,** | ) |
| | ) |
| Plaintiff, | ) **A.P. No.: 16-06047-KMS** |
| | ) |
| v. | ) |
| | ) |
| **ALLSTATE WORKPLACE DIVISION,** | ) |
| | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

Default was entered against defendant Allstate Workplace Division (the "Defendant") on

March 15, 2017 [Dkt 23].  The plaintiff Mississippi Phosphate Corporation Liquidating Trust

(MPCLT), Edwin N. Ordway, Jr., Managing Director, Berkley Research Group, LLC, in his

capacity as MPCLT Trustee of the MPCLT Trust (the "Plaintiff"), has requested entry of

judgment by default and has filed an affidavit stating that the Defendant is not in military service.

Furthermore, it appears from the record that the defendant is not an infant or incompetent person.  Therefore, pursuant to Fed. R. of Civ. P. 55(b)(2), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against Defendant in favor of Plaintiff as follows.

**IT IS ORDERED THAT:**

Judgment by default is entered in favor of the plaintiff against the Defendant in the amount of $13,233.06, plus interest at the legal rate from the date of the Preferential Transfers,[1] together with any costs of this action;

The Plaintiff is entitled to recover $13,233.06 from the Defendant.

**###END OF ORDER###**

Submitted by:

Kasee Sparks Heisterhagen
Burr & Forman LLP
RSA Tower
11 North Water Street, Suite 22200
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile:  (251) 344-9696
ksparks@burr.com

---

[1] Capitalized words used herein, but which remain undefined, shall have the same meaning ascribed to them in the Complaint.

28683502 v2